

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00004-CV
No. 07-19-00144-CV

PRIDE NETWORK, INC., D/B/A NTS COMMUNICATIONS, AND
NTS COMMUNICATIONS, INC., APPELLANTS

V.

ACRS 2000 CORP., APPELLEE

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2016-520,098, Honorable Les Hatch, Presiding

April 23, 2019

## ORDER OF SEVERANCE AND DISMISSAL

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellants, Pride Network, Inc. d/b/a NTS Communications and NTS Communications, Inc., appeal from the *Final Judgment* of the trial court. Appellee, ACRS 2000 Corp., has filed a cross-appeal. Now pending before this court is appellants' motion to voluntarily dismiss their appeal. Without passing on the merits of the case, we grant appellants' motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1).

Accordingly, we sever appellants' appeal into cause number 07-19-00144-CV and dismiss the appeal. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained and our mandate will issue forthwith.

The cross-appeal of ACRS 2000 Corp. shall continue to disposition under appellate cause number 07-19-00004-CV. We note that cross-appellant's brief was due April 5, 2019, but was not filed. If cross-appellant's brief is not filed with the clerk of this court by 5:00 p.m., May 3, 2019, the cross-appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b). No further extensions will be granted.

It is so ordered.


Per Curiam